## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Ronald James Smith, | ) | Civil Action No. 5:16-cv-39-DCN-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Carolyn W. Colvin, Acting Commissioner | ) | |
| of Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On January 6, 2016, Plaintiff, appearing through counsel, filed this action appealing a denial of social security benefits. Defendant filed an answer and copy of the administrative record on May 10, 2016. ECF Nos. 9, 10. Plaintiff's brief in support of his appeal was due by June 13, 2015. *See* Local Civ. Rule 83.VII.04 (D.S.C.); *see also* ECF No. 9. To date, however, Plaintiff has not filed his brief, nor has counsel communicated further with the court regarding the deadline.

Accordingly, it appears to the court that Plaintiff may wish to abandon this action. If Plaintiff wishes to pursue his appeal, he is ordered to file a brief in support of his appeal no later than **July 5, 2016**. Plaintiff is advised that if he fails to comply with this deadline, the undersigned may recommend that this matter be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

June 21, 2016                                       Kaymani D. West
Florence, South Carolina                   United States Magistrate Judge